# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brandon J. Garnett                                  Docket No. 1:23-MJ-29

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Stanley Leigh, PROBATION OFFICER, presenting an official report upon the conduct of defendant Brandon J. Garnett, who was placed under pretrial release supervision by the Honorable William E. Fitzpatrick, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, VA 22314, on January 23, 2023, under the following conditions:

1) Report to Pretrial Services as directed;
2) Not possess a firearm, destructive device, or other weapon;
3) Submit to testing for prohibited substances/alcohol if required by Pretrial Services; and
4) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Mr. Garnett tested positive for marijuana on April 7, 2023; April 14, 2023; April 19, 2023; and April 27, 2023. All specimens were confirmed, and based on an interpretation report dated May 15, 2023, it was determined that the defendant reused marijuana on each occasion. On May 3, 2023, Mr. Garnett tested positive for marijuana, and the finding was confirmed by Abbott Toxicology Services.

Mr. Garnett failed to report for scheduled drug testing on May 11, 2023, and May 17, 2023, and he failed to report for a scheduled office visit on May 23, 2023.

PRAYING THAT THE COURT WILL ORDER a summons be issued so that he may show cause as to why the conditions of his release should not be revoked.

Returnable Date: June 6, 2023 at 10:00 a.m.

**ORDER OF COURT**

Considered and ordered this 25th day of            , 2023 and ordered filed and made a part of the records in the above case.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    *Stanley Leigh*

Stanley Leigh
U.S. Probation Officer

Place: Alexandria