# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brandon J. Garnett                                     Docket No. 1:23-MJ-29

### Addendum to Petition for Action on Conditions of Pretrial Release

COMES NOW, Stanley Leigh, PROBATION OFFICER, presenting an official report upon the conduct of defendant Brandon J. Garnett, who was placed under pretrial release supervision by the Honorable William E. Fitzpatrick, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, VA 22314, on January 23, 2023, under the following conditions:

1) Report to Pretrial Services as directed;
2) Not possess a firearm, destructive device, or other weapon;
3) Submit to testing for prohibited substances/alcohol if required by Pretrial Services; and
4) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Mr. Garnett failed to report for scheduled drug testing on May 30, 2023 and June 5, 2023.

**PRAYING THAT THE COURT WILL** address the aforementioned violation at the defendant's bond violation hearing before the Court on June 20, 2023, and the defendant be made to show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 13th day of            , 2023 and ordered filed and made a part of the records in the above case.

_William E. Fitzpatrick_
William E. Fitzpatrick
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2023

Stan Leigh
Digitally signed by Stan Leigh
Date: 2023.06.13 11:59:26 -04'00'

Stanley E. Leigh
United States Probation Officer
(703) 299-2359